# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 10 po 7013-CBS |
| DOEL SANTANA-LUGO | KENT GRAY <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC §113(a)(5) | SIMPLE ASSAULT | 10/22/2010 | 1 |

Defendant sentenced to 6 months jail (suspended); 6 months unsupervised probation and defendant shall pay fines and costs by 06/30/2011

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $165.00 | $25.00 |

03/16/2011
Date of Imposition of Judgment

*/s/ Boyd N. Boland*
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

March 22, 2011
Date